UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**
AUG 14 2013
[Clerk signature]
CLERK

| | |
|---|---|
| DANIEL TOBIN and JILL TOBIN, as conservators of K.T., a minor, | CIV. 13-4006 |
| Plaintiffs, | |
| -vs- | ORDER OF DISMISSAL |
| PAYLESS SHOESOURCE, INC., | |
| Defendant. | |

The court has been advised the parties resolved their dispute. Therefore, it is

ORDERED that this action is hereby dismissed with prejudice and without costs, each party to pay their own costs. Any party, on good cause shown on or before September 13, 2013, may move to vacate this Order of Dismissal and reopen this action if settlement is not consummated. The Court also retains ancillary jurisdiction to enforce all settlement agreements entered into by the parties and their representatives. *See Harris v. Arkansas State Highway and Transp. Dep't.*, 437 F.3d 749 (8th Cir. 2006).

Dated August 14, 2013.

BY THE COURT:

/s/ Karen E. Schreier
KAREN E. SCHREIER
UNITED STATES DISTRICT COURT